Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,LOCATION-RELEASED,TRANSFERRED

# U.S. District Court
## Eastern District of Washington (Spokane)
## CRIMINAL DOCKET FOR CASE #: 2:26-mj-00093-JAG All Defendants

| | |
|---|---|
| Case title: USA v. Watson | Date Filed: 02/02/2026 |
| Other court case number: 8:26-CR-0013 District of Nebraska | Date Terminated: 02/11/2026 |

Assigned to: Magistrate Judge James A. Goeke

### Defendant (1)

**Andrew Watson**  
*TERMINATED: 02/11/2026*

represented by **Nathan Poston**  
Federal Defenders - SPO  
Eastern Washington  
601 W Riverside Avenue  
Suite 900  
Spokane, WA 99201  
509-624-7606  
Fax: 509-747-3539  
Email: nathan_poston@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Federal Public Defender - SPO**  
Spokane Office  
601 West Riverside Avenue  
Suite 900  
Spokane, WA 99201  
509-624-7606  
Fax: 509-747-3539  
Email: andrea_george@fd.org  
*TERMINATED: 02/03/2026*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                                     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                            **Disposition**

Ct. 1, 18 USC § 875C(b): INTERSTATE TRANSMISSION OF AN EXTORTIONATE THREAT; Ct. 2, 18 USC § 875C(c): INTERSTATE TRANSMISSION OF A THREAT

---

**Plaintiff**

**USA**                                          represented by    **Alison L Gregoire**
                                                                    U S Attorney's Office - SPO
                                                                    920 West Riverside Avenue
                                                                    Suite 340
                                                                    PO Box 1494
                                                                    Spokane, WA 99210
                                                                    509-353-2767
                                                                    Email: alison.l.gregoire@usdoj.gov
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2026 | 1 | RULE 5 DOCUMENTS RECEIVED from District of Nebraska as to Andrew Watson (1) (Attachments: # 1 Indictment, # 2 Arrest Warrant)(MO, Courtroom Deputy) (Entered: 02/02/2026) |
| 02/02/2026 | 2 | NOTICE OF HEARING - By Court (USM Action Required) as to Andrew Watson (1). Text entry; no PDF attached. Initial Appearance - Rule 5 set for **2/2/2026** at **1:30 PM** in Spokane Courtroom 740 before Magistrate Judge James A. Goeke. (MO, Courtroom Deputy) (Entered: 02/02/2026) |
| 02/02/2026 | 3 | MOTION for Detention by USA as to Andrew Watson (1). (Gregoire, Alison) (Entered: 02/02/2026) |
| 02/02/2026 | 5 | Minute Entry for proceedings held before Magistrate Judge James A. Goeke: Initial Appearance in Rule 5 Proceedings and Detention Hearing as to Andrew Watson (1) held on 2/2/2026. (Reported/Recorded by: Digital Recording/S-740. Contact Court_Reporters@waed.uscourts.gov to order.) (MO, Courtroom Deputy) (Entered: 02/02/2026) |

| | | |
|---|---|---|
| 02/02/2026 | 6 | ORDER: EXECUTED AO 199c FOR RELEASE OF DEFENDANT as to Andrew Watson (1). Signed by Magistrate Judge James A. Goeke. (MO, Courtroom Deputy) (Entered: 02/02/2026) |
| 02/02/2026 | 7 | ORDER APPOINTING FEDERAL DEFENDER as to Andrew Watson (1). On the basis of the sworn financial statement, the Court finds Defendant is financially unable to retain counsel. IT IS ORDERED the Federal Defenders of Eastern Washington are appointed to represent Defendant pursuant to Title 18 United States Code Sec. 3006A. Text entry; no PDF document will issue. This text-only entry constitutes the Court Order on the matter. Signed by Magistrate Judge James A. Goeke. (LAS, DQA) (Entered: 02/02/2026) |
| 02/02/2026 | 9 | ACKNOWLEDGMENT OF NOTICE OF RIGHTS - FED.R.CRIM.P. 5 (Complaint or Indictment) by Andrew Watson (1). (SG, Case Administrator) (Entered: 02/02/2026) |
| 02/02/2026 | 10 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by Andrew Watson (1). (SG, Case Administrator) (Entered: 02/02/2026) |
| 02/02/2026 | 11 | Waiver of Rule 5 Hearings by Andrew Watson (1). (SG, Case Administrator) (Entered: 02/02/2026) |
| 02/03/2026 | 12 | NOTICE OF ATTORNEY APPEARANCE: Nathan Poston appearing for Andrew Watson (1) (Attorney Nathan Poston added to party Andrew Watson(pty:dft))(Poston, Nathan) (Entered: 02/03/2026) |
| 02/05/2026 | 13 | ORDER FOLLOWING INITIAL APPEARANCE ON INDICTMENT AND DENYING 3 THE UNITED STATES' MOTION FOR DETENTION as to Andrew Watson (1). Defendant shall appear in person before Judge Nelson, in the District of Nebraska, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE 68102, Courtroom 6 on February 17, 2026, at 1:30 p.m.. Signed by Magistrate Judge James A. Goeke. (SG, Case Administrator) (Entered: 02/05/2026) |
| 02/11/2026 | | Notice FROM Eastern District of Washington TO District of Nebraska of a Rule 5 or Rule 32 Initial Appearance as to Andrew Watson (1). Your case number is: 8:26-CR-0013. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. (If you require certified copies of any documents, please send a request to InterDistrictTransfer_WAED@waed.uscourts.gov. *If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov./)* (CLP, Operations Supervisor) (Entered: 02/11/2026) |